No. 04-9193. GARRETT v. DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04-9194. GARRETT v. DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04-9198. HUNTER v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04-9202. SHEPPARD v. BEDINGFIELD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04-9207. ROWE v. ROBERT HALF INTERNATIONAL, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04-9214. OGUNSALU v. NAIR ET AL. C. A. 9th Cir. Certiorari denied.

No. 04-9219. WEAVER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04-9221. DUNLAP v. HATHAWAY, JUDGE, CIRCUIT COURT OF MICHIGAN, THIRD CIRCUIT. Ct. App. Mich. Certiorari denied.

No. 04-9222. ESPRITT v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04-9223. GLOVER v. TEXAS BOARD OF PARDONS AND PA-ROLES. C. A. 5th Cir. Certiorari denied.

No. 04-9228. CUMMINGS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04-9229. SAUNDERS v. CITY OF PETERSBURG POLICE DE-PARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-9232. SALINAS v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.

No. 04-9235. THOMPSON v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.